UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NICHOLAS GIORDANO,
 on Behalf of Himself and All Others
 Similarly Situated,
                    Plaintiff,

v.

P&B CAPITAL GROUP LLC, and
CROWN ASSET MANAGEMENT, LLC,
                    Defendants.

Civil Action No. 2:18-cv-03340

**STIPULATION EXTENDING
TIME TO ANSWER**

---

IT IS HEREBY STIPULATED that the time for defendants to appear and to answer or to make any motion with respect to the summons and complaint is extended to September 21, 2018.

Dated: August 30, 2018

_____
Christopher E. Lestak, Esq.
*Attorney for Defendants*
69 Delaware Ave, Ste 1102
Buffalo, New York 14202
lestaklaw@gmail.com
716-863-9730

___/s/_____
Mitchell L. Pashkin, Esq.
*Attorney for Plaintiff*
775 Park Ave, Ste 255
Huntington, New York 11743
mpash@verizon.net
631-335-1107