UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

NICHOLAS GIORDANO,                                             Civil Action No. 2:18-cv-03340
 on Behalf of Himself and All Others
 Similarly Situated,
          Plaintiff,

   v.
                                                        **STIPULATION EXTENDING**
P&B CAPITAL GROUP LLC, and                                    **TIME TO ANSWER**
CROWN ASSET MANAGEMENT, LLC,
          Defendants.

_____

      IT IS HEREBY STIPULATED that the time for defendants to appear and to answer or to make any motion with respect to the summons and complaint is extended to October 1, 2018.

Dated: September 21, 2018

_____                ___/s/_____
Christopher E. Lestak, Esq.                        Mitchell L. Pashkin, Esq.
*Attorney for Defendants*                              *Attorney for Plaintiff*
69 Delaware Ave, Ste 1102                     775 Park Ave, Ste 255
Buffalo, New York 14202                         Huntington, New York 11743
lestaklaw@gmail.com                                 mpash@verizon.net
716-863-9730                                          631-335-1107