UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

NICHOLAS GIORDANO,                                    Civil Action No. 2:18-cv-03340
 on Behalf of Himself and All Others
 Similarly Situated,
             Plaintiff,

   v.
                                                                         **STIPULATION EXTENDING**
P&B CAPITAL GROUP LLC, and                             **TIME TO ANSWER**
CROWN ASSET MANAGEMENT, LLC,
             Defendants.

_____

       IT IS HEREBY STIPULATED that the time for defendants to appear and to answer or to make any motion with respect to the summons and complaint is extended to October 31, 2018.

Dated: October 2, 2018

_____                    ___/s/_____
Christopher E. Lestak, Esq.                    Mitchell L. Pashkin, Esq.
*Attorney for Defendants*                      *Attorney for Plaintiff*
69 Delaware Ave, Ste 1102                      775 Park Ave, Ste 255
Buffalo, New York 14202                        Huntington, New York 11743
lestaklaw@gmail.com                            mpash@verizon.net
716-863-9730                                   631-335-1107

1